IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CR-11-WKW |
| | ) | [WO] |
| ROGELIO ISRAEL PIMENTEL, | ) | |
| SANTOS RIVERA-FERNANDEZ, DENNIS | ) | |
| REINALDO PERALTA, | ) | |
| BRYANT POUNCY, | ) | |
| KIMBERLY POUNCY, and | ) | |
| ERVIN BRADHAM | ) | |

## **ORDER**

Before the court is Bryant Pouncy's objection (Doc. # 285) to the Government's Motion to allow an FBI employee to testify under a pseudonym. (Doc. # 194.)

It is ORDERED that, on or before **November 19, 2018**, the Government shall supplement its motion to allow an FBI employee to testify under a pseudonym (Doc. # 194) and respond to Bryant Pouncy's objection (Doc. # 285).

It is further ORDERED that, on or before **November 26, 2018**, Bryant Pouncy shall respond to the Government's aforementioned supplementation and response.

DONE this 9th day of November, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE